**E-FILED**
Friday, 27 April, 2007  01:14:04 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION**

| | |
|---|---|
| **JENNIFER TOLLE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **NO.   07-CV-_____** |
| ) | |
| **HPR AUTOMOTIVE SUPERSTORE** ) | |
| **of SULLIVAN, L.L.C., a Limited** ) | |
| **Liability Company,** ) | |
| ) | |
| **Defendant.** ) | |

## COMPLAINT

Now comes the Plaintiff, JENNIFER TOLLE, by DANIEL C. JONES, of HEFNER, EBERSPACHER & TAPELLA, her attorneys, and for her Complaint against Defendant, HPR AUTOMOTIVE SUPERSTORE of SULLIVAN, L.L.C., a Limited Liability Company, states as follows:

1.    Plaintiff brings this action to redress the injuries caused her by Defendant for acts of pregnancy discrimination against her, and caused by the tortious conduct of Defendant and its agents.

2.    Jurisdiction of this Court is invoked pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Sec. 2000e *et seq.*  Jurisdiction is also invoked pursuant to 29 U.S.C. Sec. 626 and 42 U.S.C. Sec. 2000e-5(g), allowing equitable and other relief, and pursuant to 28 U.S.C. Sec. 1331 and 1343(a)(4).

3.    On or about June 19, 2006, Plaintiff filed a Charge of Discrimination with the United States Equal Employment Opportunity Commission and Illinois Department of Human Rights as charge number 440-2006-05021, charging sexual discrimination

based on pregnancy against Defendant.  A copy of such charge of discrimination is attached hereto as Exhibit A and is incorporated herein by reference.

4.      On February 9, 2007, the Equal Employment Opportunity Commission issued a Notice of Right to Sue, and a copy of said Notice is attached hereto as Exhibit B and is incorporated herein by reference.

5.      Plaintiff is a female citizen of the United States and a resident of Decatur, Macon County, Illinois.

6.      At all times relevant herein, Plaintiff was employed by Defendant and Defendant's automobile sales facility located in Sullivan, Moultrie County, Illinois.

7.      At all times relevant herein, Plaintiff was employed by Defendant as the funding manager.

8.      At all times relevant herein, Plaintiff was pregnant, and therefore entitled to the protections of the Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. Sec. 2000e(k), as set forth in the Civil Rights Act of 1964, as amended.

9.      At all times relevant herein, Defendant was and remains a Limited Liability Company doing business in the State of Illinois, which operated, managed, maintained, and directed through its employees, the aforesaid automobile sales facility, known as HPR AUTOMOTIVE SUPERSTORE, in Sullivan, Moultrie County, Illinois.

10.     At all times relevant herein, Defendant was and is an employer as defined in Section 701 (b), (g) and (h) of the aforesaid Civil Rights Act of 1964, 42 U.S.C. Sec. 2000e(b), (g), and (h), in that Defendant employed at least fifteen (15) persons, and was engaged in an industry effecting commerce.

11.     On January 12, 2006, Plaintiff was employed with Defendant as a full-time employee, who had earned in excess of Thirty Thousand Dollars ($30,000.00) in salary for the year 2005.  Said rate of pay was based on a salary of One Thousand Eight Hundred Dollars ($1,800.00) per month in guaranteed salary, plus Twenty-Five Dollars ($25.00) per transaction.  Plaintiff also received health insurance as part of her employment.

12.     Prior to January 12, 2006, Plaintiff was performing her job in an acceptable manner.

13.     Upon January 12, 2006, Plaintiff's physician, Hanna S. Adel, placed Petitioner on bed rest for conditions relating to her pregnancy.  A copy of the doctor's note is attached hereto as Exhibit C, and is incorporated herein by reference.

14.     Plaintiff was unable to work until approximately February 7, 2006.  On or about February 3, 2006, Plaintiff telephoned Defendant's representatives, and informed them she was ready to return to work.  Defendant's representatives stated that her position was no longer available.  Plaintiff was denied reinstatement until February 7, 2007, when Defendant offered her a job as a title clerk, paying only Seven Dollars Fifty Cents ($7.50) per hour for a forty (40) hour week.  The aforesaid initial termination of employment, and later offer of employment at a greatly reduced rate of pay constituted a constructive discharge of Plaintiff from her job activities with Defendant.

15.     Defendant's aforesaid actions, by and through its aforesaid representatives were taken because Plaintiff was pregnant, and constitute a violation of the aforesaid Pregnancy Discrimination Act, and a violation of 42 U.S.C. Sec. 2000e *et seq.*

16.    As a direct and approximate result of the aforesaid actions taken by Defendant, by and through its aforesaid representatives or employees, Plaintiff sustained great harm, including loss of income and other benefits, and has experienced great mental stress and strain, and will continue to experience such stress and strain in the future.

17.    Defendant's aforesaid discriminatory acts of sexual discrimination based on pregnancy, by and through its representatives or employees, were performed with malice towards Plaintiff, or alternatively, were performed with reckless indifference to the federally protected rights of Plaintiff.

WHEREFORE, Plaintiff, JENNIFER TOLLE, respectfully prays that Judgment be entered in her favor and against Defendant, HPR AUTOMOTIVE SUPERSTORE of SULLIVAN, L.L.C., a Limited Liability Company, which :

A.    Finds that the above described acts by Defendant, by and through its aforesaid agents or employees, constitute sexual discrimination and pregnancy discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Sec. 2000e *et seq.*;

B.    Awards Plaintiff damages for all discriminatory and negligent acts, including loss of employment, and loss of employment opportunities for future pay and advancement equal to the amount that Plaintiff would have earned but for the discriminatory acts of Defendant and its employees;

C.    Awards Plaintiff damages for Plaintiff's physical and physiological injuries, and awards Plaintiff punitive damage for Defendant's discriminatory acts;

D.   Awards Plaintiff her reasonable attorneys' fees and costs herein,

including the costs of all testifying and non-testifying witnesses; and

E.   Awards Plaintiff such other, further, and different relief as may be

equitable and just in the circumstances.

Respectfully submitted,

s/ DANIEL C. JONES
Attorneys for Plaintiff
Bar # 75339
HEFNER, EBERSPACHER & TAPELLA
215 South 17th St.
P.O. Box 627
Mattoon, IL  61938-0627
Telephone: (217) 234-7800
Fax: (217) 234-7810
attorneys@het-attorneys.com

**JURY DEMAND**

Plaintiff, JENNIFER TOLLE, by DANIEL C. JONES of HEFNER,

EBERSPACHER & TAPELLA, her attorneys, hereby demands trial by a jury of 12.

Respectfully submitted,
s/ DANIEL C. JONES
Attorneys for Plaintiff
Bar # 75339
HEFNER, EBERSPACHER & TAPELLA
215 South 17th St.
P.O. Box 627
Mattoon, IL  61938-0627
Telephone: (217) 234-7800
Fax: (217) 234-7810
attorneys@het-attorneys.com

EEOC Form 5 (5/01)

E-FILED
Friday, 27 April, 2007 01:14:12 PM
Clerk, U.S. District Court, ILCD

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 440-2006-05021 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Jennifer E. Tolle** | **(217) 972-2053** | **02-01-1974** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3573 Plover Drive, Decatur, IL 62526** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **HPR AUTOMOTIVE SUPERSTORE** | **15 - 100** | **(217) 728-4366** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1320 W. Jackson Street,  Sullivan, IL 61951** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **02-02-2006** | **02-07-2006** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was employed by Respondent since September 10, 2004 as Custom Finance Funding.  On January 14, 2006, I went on medical leave related to my pregnancy and planned to return by February 7, 2006.  On February 3, 2006, I informed Respondent that I had been released to return to work, and the Owner stated that my position was no longer available.  I was denied reinstatement until February 7, 2006 when the Owner offered me a lower paying position as Title Clerk, which I declined.  On February 7, 2006, I was constructively discharged.

I believe that I have been discriminated against because of my sex, female, and pregnancy in violation of Title VII of the Civil Rights Act of 1964, as amended.

**RECEIVED EEOC**

JUN 1 9 2006

**CHICAGO DISTRICT OFFICE**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| X  6-13-06   *Jennifer Tolle*  Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

E-FILED
Friday, 27 April, 2007  01:14:20 PM
Clerk, U.S. District Court, ILCD

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To:  **Jennifer E. Tolle**<br>3573 Plover Drive<br>Decatur, IL 62526 | From:  **Chicago District Office - 440**<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |

**CERTIFIED MAIL  7001 0360 0000 0468 7341**

☐  *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2006-05021** | **Andrew  Daley,**<br>**Investigator** | **(312) 886-7495** |

NOTICE TO THE PERSON AGGRIEVED:                                                      (*See also the additional information enclosed with this form.*)

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☒  More than 180 days have passed since the filing of this charge.

☐  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

*John P. Rowe*                                    2/9/07

**John P. Rowe,**
**District Director**                              (Date Mailed)

cc:     **HPR AUTOMOTIVE SUPERSTORE**

**E-FILED**
Friday, 27 April, 2007  01:24:39 PM
Clerk, U.S. District Court, ILCD

🖎JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| **I. (a)  PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| JENNIFER TOLLE | HPR AUTOMOTIVE SUPERSTORE OF SULLIVAN, L.L.C., a Limited Liability Company |

**(b)** County of Residence of First Listed Plaintiff   Macon, IL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Moultrie, IL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Hefner, Eberspacher & Tapella, 215 S. 17th St., Mattoon, IL 61938 (217) 234-7800

Attorneys (If Known)
Unknown

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☒ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☒ 440 Other Civil Rights | | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

☒ 1   Original Proceeding
☐ 2   Removed from State Court
☐ 3   Remanded from Appellate Court
☐ 4   Reinstated or Reopened
☐ 5   Transferred from another district (specify)
☐ 6   Multidistrict Litigation
☐ 7   Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC 2000e et seq.
Brief description of cause:
Violation of Civil Rights Act based upon Pregnancy Discrimination

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $   over  500,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE
04/27/2007

SIGNATURE OF ATTORNEY OF RECORD
*Daniel C. Jones*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____