E-FILED
Wednesday, 08 August, 2007 02:40:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| JENNIFER TOLLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.   07-CV-2088 |
| | ) | |
| HPR AUTOMOTIVE SUPERSTORE of SULLIVAN, L.L.C., a Limited Liability Company, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO CONTINUE

Now comes the Plaintiff, JENNIFER TOLLE, by DANIEL C. JONES of HEFNER & EBERSPACHER, her attorneys, and for her Motion to Continue the Rule 16 Scheduling Conference, currently scheduled for September 7, 2007, states as follows:

1.   On August 6, 2007, the Court filed an Order in this Cause, setting the Rule 16 Scheduling Conference for September 7, 2007, at 2:00 p.m.

2.   The undersigned is currently scheduled to be in a trial the afternoon of September 7, 2007, and is therefore not available for a Scheduling Conference on that date.

3.   Plaintiff requests a brief continuance of the aforesaid Rule 16 Scheduling Conference to a time that is mutually convenient to all parties.

4.   This Motion is not made for the purpose of delay or harassment.

WHEREFORE, Plaintiff, JENNIFER TOLLE, requests this Court for an Order which continues the Rule 16 Scheduling Conference currently scheduled for

September 7, 2007, in this matter, and grants Plaintiff such other, further and different relief as may be equitable and just in the circumstances.

DATED this 8th day of August, 2007.

Respectfully submitted,

s/ DANIEL C. JONES
Attorneys for Plaintiff
Bar # 75339
HEFNER, EBERSPACHER & TAPELLA
215 South 17th St.
P.O. Box 627
Mattoon, IL  61938-0627
Telephone: (217) 234-7800
Fax: (217) 234-7810
attorneys@het-attorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

TO:   Mr. Gary Lietz
        Lietz Banner Ford LLP
        1605 S. State Street, Ste. 103
        Champaign, IL 61820

                s/ DANIEL C. JONES
                Attorneys for Plaintiff
                Bar # 75339
                HEFNER, EBERSPACHER & TAPELLA
                215 South 17th St.
                P.O. Box 627
                Mattoon, IL  61938-0627
                Telephone: (217) 234-7800
                Fax: (217) 234-7810
                attorneys@het-attorneys.com

2402.0