E-FILED
Tuesday, 18 September, 2007  04:39:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| JENNIFER TOLLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.   07-CV-2088 |
| | ) | |
| HPR AUTOMOTIVE SUPERSTORE of SULLIVAN, L.L.C., a Limited Liability Company, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF FIRM AND CHANGE OF ADDRESS**

1. DANIEL C. JONES, previously filed his appearance in this cause.

2. DANIEL C. JONES entered his appearance as a member of HEFNER, EBERSPACHER & TAPELLA. Said firm is now known as HEFNER, EBERSPACHER, TAPELLA, ARMSTRONG & GROVE.

3. The Court's record and the records of all parties should reflect the following firm name and new address:

    Hefner, Eberspacher, Tapella, Armstrong & Grove
    P.O. Box 627
    Mattoon, IL 61938
    Phone: (217) 639-7800
    Fax: (217) 639-7810

    Respectfully submitted,
    s/ DANIEL C. JONES
    Attorneys for Plaintiff, Bar # 75339
    HEFNER, EBERSPACHER & TAPELLA
    ARMSTRONG & GROVE.
    P.O. Box 627
    Mattoon, IL  61938-0627
    Telephone: (217) 639-7800
    Fax: (217) 639-7810
    attorneys@het-attorneys.com

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on 18th day of September, 2007, I electronically filed Notice of Change of Firm and Change of Address with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following glietz@lbflaw.com and attorneys@het-attorneys.com.

                                       s/ DANIEL C. JONES  
                                       Attorneys for Plaintiff  
                                       Bar # 75339  
                                       HEFNER, EBERSPACHER & TAPELLA  
                                       ARMSTRONG & GROVE.  
                                       P.O. Box 627  
                                       Mattoon, IL  61938-0627  
                                       Telephone: (217) 639-7800  
                                       Fax: (217) 639-7810  
                                       attorneys@het-attorneys.com

2402.0