IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| JENNIFER TOLLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.   07-CV-2088 |
| ) | |
| HPR AUTOMOTIVE SUPERSTORE ) | |
| of SULLIVAN, L.L.C., a Limited ) | |
| Liability Company, ) | |
| ) | |
| Defendant. ) | |

**JOINT REPORT OF PARTIES AND PROPOSED SCHEDULING AND DISCOVERY ORDER**

Pursuant to Federal Rule of Civil Procedure 26(f) and Central District of Illinois Local Rule 26.2(3), an initial meeting of the parties was held on September 21, 2007, with Attorney Daniel C. Jones participating on behalf of Plaintiff, and Attorney Gary Lietz participating on behalf of the Defendant.

The possibilities of prompt settlement, the issues associated with electronic record keeping, and the scheduling of discovery were discussed and agreed to as follows:

1.     This Cause should be put on an intermediate track for final trial, commencing from the period of filing of the Plaintiff's original Complaint in this Cause.  A presumptive trial month of December 2008 should be established.

2.     The parties shall make their Initial Disclosures, as required by Federal Rule of Civil Procedure, by November 1, 2007.

3.     The Plaintiffs are to disclose all expert witnesses by February 1, 2008, and such experts shall be deposed by April 1, 2008.

      4.      The Defendants are to disclose all expert witnesses by June 1, 2008, and such witnesses shall be deposed by August 1, 2008.

      5.      Any amendments to the pleadings should be filed by February 1, 2008.

      6.      All discovery shall be completed by September 1, 2008.

      7.      All dispositive motions shall be filed with the Court by October 1, 2008.

      8.      The final trial setting and final pre-trial conference shall be set by the Court.

      9.      The number of subjects on which discovery may be needed include issues regarding the termination of Plaintiff's employment, and the factual circumstances leading up to such termination.  Discovery should not be conducted in phases.

      10.      The parties have agreed that each party shall be allowed to propound 30 Interrogatories in this Cause.  No other changes should be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure or local rules.  No other limitations should be imposed.

Dated this 24th day of September, 2007.

| | |
|---|---|
| s/ DANIEL C. JONES | s/ GARY LIETZ |
| Attorneys for Plaintiff | Attorney for Defendant |
| HEFNER, EBERSPACHER, TAPELLA, ARMSTRONG & GROVE | LIETZ, BANNER, FORD, LLP |
| P.O. Box 627 | 605 S. State Street, Suite 103 |
| Mattoon, IL 61938-0627 | Champaign, IL 61820 |
| Telephone: (217) 639-7800 | Telephone:(217) 353-4900 |
| Fax: (217) 639-7810 | Fax: (217) 353-4901 |
| attorneys@het-attorneys.com | glietz@lbflaw.com |

DANIEL C. JONES.
HEFNER, EBERSPACHER, TAPELLA, ARMSTRONG & GROVE
Attorneys at Law
P. O. Box 627
Mattoon, IL 61938-0627
Telephone: (217) 639-7800
Fax: (217) 639-7810