**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| **JENNIFER TOLLE,** ) | |
|           **Plaintiff,** ) | |
| **v.** ) | |
| ) | Case No. 07-2088 |
| **HPR AUTOMOTIVE SUPERSTORE OF** ) | |
| **SULLIVAN, LLC,** a limited liability company, ) | |
| ) | |
|           **Defendant.** ) | |

# DISCOVERY ORDER

A discovery conference was held **September 27, 2007,** pursuant to FED. R. CIV. P. 16 and CDIL-LR Rule 16.2(A). Plaintiff appeared by Daniel C. Jones. Defendant appeared by Gary Lietz. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

    **WHEREFORE, IT IS ORDERED:**

    1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by **November 1, 2007.**

    2. The deadline for amendment of pleadings is **February 1, 2008.**

    3. The deadline for joining additional parties is **February 1, 2008.**

    4. Plaintiff shall disclose experts and provide expert reports by **February 1, 2008.** Plaintiff shall make any such experts available for deposition by **April 1, 2008.**

    5. Defendant shall disclose experts and provide expert reports by **June 1, 2008.** Defendant shall make any such experts available for deposition by **August 1, 2008.**

    6. Each party shall be allowed to propound thirty (30) interrogatories to the other.

    7. All discovery, including deposition of experts, is to be completed by **September 1, 2008.**

    8. The deadline for filing case dispositive motions shall be **October 1, 2008.**

9. The matter is scheduled for a *telephone status conference* before the undersigned on **April 23, 2007, at 9:30 a.m.**

10. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **January 23, 2009, at 10:00 a.m.**

11. The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **February 2, 2009, at 9:00 a.m. (approx. 3 days) (Case No. 5).**

ENTER this 28th day of September, 2007.

                                                          s/ DAVID G. BERNTHAL
                                                          U.S. MAGISTRATE JUDGE