IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| JENNIFER TOLLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| HPR AUTOMOTIVE SUPERSTORE of SULLIVAN, L.L.C., a Limited Liability Company, | ) NO. 07-CV-2088 ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 29th day of October, 2007, I electronically filed a Certificate of Service showing service of Initial Disclosures Pursuant to Rule 26 CM/ECF system which will send notification of such filing to the following: Gary Lietz (glietz@lbflaw.com) and Daniel C. Jones ( attorneys@het-attorneys.com).

s/ DANIEL C. JONES
Attorneys for Plaintiff
Bar # 75339
HEFNER, EBERSPACHER & TAPELLA
ARMSTRONG & GROVE.
P.O. Box 627
Mattoon, IL  61938-0627
Telephone: (217) 639-7800
Fax: (217) 639-7810
attorneys@het-attorneys.com