E-FILED
Wednesday, 31 October, 2007  04:08:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| JENNIFER TOLLE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 07-CV-2088 |
| ) | |
| HPR AUTOMOTIVE SUPERSTORE ) | |
| of SULLIVAN, L.L.C., a Limited ) | |
| Liability Company, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he did on the 31st day of October, 2007, at the hour of 5:00 o'clock p.m., deposit in the United States mail at a U. S. Post Office drop box in Champaign, Illinois, an envelope addressed to Daniel C. Jones, Esq., Hefner, Eberspacher & Tapella, Armstrong & Grove, P.O. Box 627, Mattoon, Illinois 61938-0627, bearing postage fully prepaying the same to the addressee(s) and also bearing the return address of Lietz Banner Ford LLP, 1605 S. State Street, Suite 103, Champaign, Illinois 61820, which said envelope contained a copy of Defendant's Rule 26(a)(1) Disclosures.

The undersigned further certifies that on the 31st day of October, 2007, he electronically filed this Certificate of Service showing service of Defendant's Rule 26(a)(1) Disclosures, with CM/ECF system which will send notification of such filing to the following: Daniel C. Jones (attorneys@het-attorneys.com).

HPR AUTOMOTIVE SUPERSTORE OF
SULLIVAN, L.L.C., a Limited Liability Company,
Defendant,

By: Lietz Banner Ford LLP, Its Attorneys

By:      s/ Gary Lietz_____
Gary Lietz (Bar No. 1659774)
Lietz Banner Ford LLP
1605 S. State Street, Ste. 103
Champaign, IL 61820
Telephone 217/353-4900
Facsimile  217/353-4901
Email:  glietz@lbflaw.com