IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| JENNIFER TOLLE, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 07-CV-2088 |
| | ) |
| HPR AUTOMOTIVE SUPERSTORE of SULLIVAN, L.L.C., a Limited Liability Company, | ) ) ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION OF PLAINTIFF

**TO:**   Daniel C. Jones, Esq.           Maninfior Court Reporting
Hefner, Eberspacher & Tapilla       Suite 3
215 South 17th Street               1612 Lafayette Ave.
P.O. Box 627                        Mattoon, IL 61938
Mattoon, IL 61938-0627

**DEPONENT:** Jennifer Tolle

YOU ARE HEREBY NOTIFIED that pursuant to provisions of Supreme Court Rule 204(a)(3), the deposition of the above-named deponent will be taken for the purpose of discovery before a Court Reporter in and for the State of Illinois on:

**DATE**:        5/12/08      **TIME:**        2:00 p.m.

**ADDRESS:**    Offices of Hefner, Eberspacher & Tapilla
215 South 17th Street
Mattoon, IL 61938

HPR AUTOMOTIVE SUPERSTORE OF
SULLIVAN, L.L.C., a Limited Liability Company,
Defendant

By: Lietz Banner Ford LLP, Its Attorneys

By: _____/s/ Gary Lietz_____
Gary Lietz (Bar No. 1659774)
Lietz Banner Ford LLP
1605 S. State Street, Ste. 103
Champaign, IL 61820
Telephone 217/353-4900
Facsimile  217/353-4901
Email: glietz@lbflaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he did on the 6th day of May, 2008, at the hour of 5:00 o'clock p.m., deposit in the United States mail at a U. S. Post Office drop box in Champaign, Illinois, an envelope addressed to Daniel C. Jones, Esq., Hefner, Eberspacher & Tapella, Armstrong & Grove, P.O. Box 627, Mattoon, Illinois 61938-0627, bearing postage fully prepaying the same to the addressee(s) and also bearing the return address of Lietz Banner Ford LLP, 1605 S. State Street, Suite 103, Champaign, Illinois 61820, which said envelope contained a copy of Defendant's Notice of Deposition of Plaintiff.

The undersigned further certifies that on the 6th day of May, 2008, he electronically filed this Certificate of Service showing service of Defendant's Notice of Deposition of Plaintiff, with CM/ECF system which will send notification of such filing to the following: Daniel C. Jones (attorneys@het-attorneys.com).

HPR AUTOMOTIVE SUPERSTORE OF SULLIVAN, L.L.C., a Limited Liability Company, Defendant,

By: Lietz Banner Ford LLP, Its Attorneys

By: /s/ Gary Lietz
_____
Gary Lietz (Bar No. 1659774)
Lietz Banner Ford LLP
1605 S. State Street, Ste. 103
Champaign, IL 61820
Telephone 217/353-4900
Facsimile  217/353-4901
Email: glietz@lbflaw.com