IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| JENNIFER TOLLE, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 07-CV-2088 |
| HPR AUTOMOTIVE SUPERSTORE of SULLIVAN, L.L.C., a Limited Liability Company, | ) |
| Defendant. | ) |

### NOTICE OF DISCOVERY DEPOSITION

TO:   Mr. Gary Lietz                          Ms. Susan Randolph
      Lietz, Banner & Ford, LLP               17 Sugar Creek Lane
      1605 S. State Street, Suite 103         Mattoon, IL 61938
      Champaign, IL 61820

PLEASE TAKE NOTICE that the following depositions will be taken on the **30th** day of **July, 2008**, commencing at **10:30 a.m.**, at the offices of Hefner, Eberspacher, Tapella, Armstrong, Grove, Jones & Britton, LLC, upon oral interrogatories before a Certified Court Reporter:

   Jay Darst         10:30 a.m.

   Jason Johnston    12:00 p.m.

   Heath Estes       1:30 p.m.

It is not the intent of the party giving this NOTICE to record the deponent's testimony by use of an audio-visual recording device.

This NOTICE is pursuant to Rule 30 of the Federal Rules of Civil Procedure.

DATED this 10th day of July, 2008.

        HEFNER, EBERSPACHER, TAPELLA, ARMSTRONG,
        GROVE, JONES & BRITTON, LLC

        By: /s/ DANIEL C. JONES
            Attorneys for Plaintiff
            Bar # 75339
            Hefner, Eberspacher, Tapella, Armstrong,
            Grove, Jones & Britton, LLC
            6009 Park Drive
            P.O. Box 627
            Mattoon, IL  61938-0627
            Telephone: (217) 639-7800
            Fax: (217) 639-7810
            attorneys@het-attorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

TO:  Mr. Gary Lietz
Lietz Banner Ford LLP
1605 S. State Street, Ste. 103
Champaign, IL 61820
glietz@lbflaw.com

/s/ DANIEL C. JONES
Attorneys for Plaintiff
Bar # 75339
Hefner, Eberspacher, Tapella, Armstrong,
Grove, Jones & Britton, LLC
6009 Park Drive
P.O. Box 627
Mattoon, IL  61938-0627
Telephone: (217) 639-7800
Fax: (217) 639-7810
attorneys@het-attorneys.com

kw.#4-2402.00/Ntc of Dep-HPR.7.10.08