IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| JENNIFER TOLLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) NO. 07-CV-2088 |
| HPR AUTOMOTIVE SUPERSTORE of SULLIVAN, L.L.C., a Limited Liability Company, | ) ) ) ) |
| Defendant. | ) ) |

## MOTION FOR LEAVE TO WITHDRAW

Now comes DANIEL C. JONES, of HEFNER, EBERSPACHER, TAPELLA, ARMSTRONG, GROVE, JONES & BRITTON, LLC, Attorneys at Law, requesting leave of this for DANIEL C. JONES and the law firm of HEFNER, EBERSPACHER, TAPELLA, ARMSTRONG, GROVE, JONES & BRITTON, LLC , to withdraw as the attorneys of record for Plaintiff, JENNIFER TOLLE, in this cause, and states of follows:

1.  On November 6, 2006, Plaintiff in this Cause entered into an Attorneys' Employment Contract with the law firm of HEFNER, EBERSPACHER, TAPELLA, ARMSTRONG, GROVE, JONES & BRITTON, LLC, by which law firm would provide legal services to Plaintiff in these proceedings.

2.  Pursuant to said Agreement, DANIEL C. JONES and the law firm of HEFNER, EBERSPACHER, TAPELLA, ARMSTRONG, GROVE, JONES & BRITTON, LLC, have represented Plaintiff throughout these proceedings.

3.  There has been an inability to communicate with Plaintiff in that Plaintiff has refused to return telephone calls, refused to answer letters, and refused to cooperate in answering discovery requests propounded by opposing counsel, and said law firm believes that

this lack of communication makes it impossible for said law firm to continue to represent Plaintiff in this Cause.

4.   The members of such law firm do not believe that DANIEL C. JONES and HEFNER, EBERSPACHER, TAPELLA, ARMSTRONG, GROVE, JONES & BRITTON, LLC, can continue to represent Plaintiff in this Cause.

5.   DANIEL C. JONES and the law firm of HEFNER, EBERSPACHER, TAPELLA, ARMSTRONG, GROVE, JONES & BRITTON, LLC, request leave of Court to withdraw as the attorneys of record for Plaintiff in this Cause, further request that Plaintiff be given appropriate opportunity to retain new counsel before further Court action takes place.

WHEREFORE, DANIEL C. JONES respectfully requests this Court for an Order which allows him and the attorneys of HEFNER, EBERSPACHER, TAPELLA, ARMSTRONG, GROVE, JONES & BRITTON, LLC, to withdraw as the attorneys of record for Plaintiff, JENNIFER TOLLE, and this Cause, grants said Plaintiff appropriate opportunity to obtain new counsel in this Cause before any further Court action takes place, and grants such other, further, and different relief as may be equitable and just in the circumstances.

Respectfully submitted,

s/ DANIEL C. JONES
Attorneys for Plaintiff
Bar # 75339
HEFNER, EBERSPACHER, TAPELLA,
ARMSTRONG, GROVE, JONES & BRITTON, LLC
P.O. Box 627
Mattoon, IL 61938-0627
Telephone: (217) 234-7800
Fax: (217) 234-7810
attorneys@het-attorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21ST day of August 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

TO:   Mr. Gary Lietz
Lietz Banner Ford LLP
1605 S. State Street, Ste. 103
Champaign, IL 61820
glietz@lbflaw.com

/s/ DANIEL C. JONES
Attorneys for Plaintiff
Bar # 75339
Hefner, Eberspacher, Tapella, Armstrong, Grove, Jones & Britton, LLC
6009 Park Drive
P.O. Box 627
Mattoon, IL  61938-0627
Telephone: (217) 639-7800
Fax: (217) 639-7810
attorneys@het-attorneys.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| JENNIFER TOLLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) NO. 07-CV-2088 |
| HPR AUTOMOTIVE SUPERSTORE of SULLIVAN, L.L.C., a Limited Liability Company, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER OF WITHDRAWAL

This Cause having come on for hearing upon the Motion for Leave to Withdraw filed by DANIEL C. JONES of HEFNER, EBERSPACHER, TAPELLA, ARMSTRONG GROVE, JONES, & BRITTON, LLC, and the Court having considered same, and the Court being otherwise fully advised in the premises, finds that such Motion should be granted, and that DANIEL C. JONES and the law firm of HEFNER, EBERSPACHER, TAPELLA, ARMSTRONG, GROVE, JONES & BRITTON, LLC, should be allowed to withdraw as the attorneys of record for Plaintiff, JENNIFER TOLLE, and in this Cause.

IT IS THEREFORE ORDERED that DANIEL C. JONES and the law firm of HEFNER, EBERSPACHER, TAPELLA , ARMSTRONG, GROVE, JONES & BRITTON, LLC, are allowed to withdraw as the attorneys of record for Plaintiff, JENNIFER TOLLE, in this Cause; and said attorney and such law firm are no longer the attorneys of record for such Plaintiff in this Cause.

Entered this ____ day of_____, 2008.

                                              _____
                                                                                JUDGE

DANIEL C. JONES
HEFNER, EBERSPACHER, TAPELLA, ARMSTRONG, GROVE, JONES & BRITTON, LLC
Attorneys at Law
P. O. Box 627
Mattoon, IL  61938-0627
Telephone:  (217) 639-7800
Fax: (217) 639-7810
kw.#4-2402.00/Order of Withdrawal.8.21.08