**E-FILED**
Friday, 22 August, 2008  01:56:01 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION**

| | | |
|---|---|---|
| JENNIFER TOLLE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | NO.  07-CV-2088 |
| **HPR AUTOMOTIVE SUPERSTORE** | ) | |
| of **SULLIVAN, L.L.C., a Limited** | ) | |
| **Liability Company,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 22nd day of August, 2008, I served upon

Jennifer Tolle, 3573 Plover Drive, Decatur, Illinois 62526, via first class mail with

postage fully prepaid a copy of Motion for Leave to Withdraw, proposed Order of

Withdrawal, and this Certificate of Service.  This document has also been electronically

filed and showing service of upon: Gary Lietz (glietz@lbflaw.com) and Daniel C. Jones (

attorneys@het-attorneys.com).

s/ DANIEL C. JONES
Attorney at Law
Bar # 75339
HEFNER, EBERSPACHER & TAPELLA
ARMSTRONG & GROVE.
P.O. Box 627
Mattoon, IL  61938-0627
Telephone: (217) 639-7800
Fax: (217) 639-7810
attorneys@het-attorneys.com