E-FILED
Thursday, 28 August, 2008  03:48:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| JENNIFER TOLLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 07-CV-2088 |
| | ) |
| HPR AUTOMOTIVE SUPERSTORE | ) |
| of SULLIVAN, L.L.C., a Limited | ) |
| Liability Company, | ) |
| | ) |
| Defendant. | ) |

## RULE 41 MOTION

NOW COMES Defendant, HPR AUTOMOTIVE SUPERSTORE OF SULLIVAN, L.L.C., a Limited Liability Company, by and through its attorneys, Lietz Banner Ford LLP, and pursuant to F.R.C.P. 41(b), Defendant states:

1. The Plaintiff and/or her attorney have failed to prosecute Plaintiff's claim by failing to:

    a.  initiate any written discovery upon Defendant;

    b.  respond to any of the Requests to Produce filed upon Plaintiff; and

    c.  take any depositions.

2. Plaintiff, in her claim of discrimination based on her being pregnant, specifically with respect to complications that arose during her treatment in the months immediately preceding her termination of employment, was being treated by an obstetrician/gynecologist, namely Dr. Adel Hanna.

3. Plaintiff has not taken any steps to consent, authorize, arrange, or produce any records or the deposition testimony of her treating physician.

4.        In violation of F.R.C.P. Rule 41, Plaintiff has failed to comply with the Federal Rules of Civil Procedure and further has failed to produce documents in response to a Request to Produce.

5.        For the foregoing reasons, the Defendant, HPR AUTOMOTIVE SUPERSTORE OF SULLIVAN, L.L.C., moves for involuntary dismissal of the above-captioned cause.

Respectfully submitted,

HPR AUTOMOTIVE SUPERSTORE OF SULLIVAN, L.L.C., a Limited Liability Company, Defendant,

By:  LIETZ BANNER FORD LLP, Its Attorneys

By:      /s/ Gary Lietz
        Gary Lietz (Bar No. 1659774)
        Lietz Banner Ford LLP
        1605 S. State Street, Ste. 103
        Champaign, IL 61820
        Telephone 217/353-4900
        Facsimile   217/353-4901
        Email:  glietz@lbflaw.com