IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | |
|---|---|
| JENNIFER TOLLE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 07-CV-2088 |
| ) | |
| HPR AUTOMOTIVE SUPERSTORE ) | |
| of SULLIVAN, L.L.C., a Limited ) | |
| Liability Company, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he did on the 28th day of August, 2008, at the hour of 5:00 o'clock p.m., deposit in the United States mail at a U. S. Post Office drop box in Champaign, Illinois, an envelope addressed to Daniel C. Jones, Esq., Hefner, Eberspacher & Tapella, Armstrong & Grove, P.O. Box 627, Mattoon, Illinois 61938-0627, bearing postage fully prepaying the same to the addressee(s) and also bearing the return address of Lietz Banner Ford LLP, 1605 S. State Street, Suite 103, Champaign, Illinois 61820, which said envelope contained a copy of Defendant's Response and Objection to Motion to Withdraw as Attorney.

The undersigned further certifies that on the 28th day of August, 2008, he electronically filed this Certificate of Service showing service of Defendant's Response and Objection to Motion to Withdraw as Attorney, with CM/ECF system which will send notification of such filing to the following: Daniel C. Jones (attorneys@het-attorneys.com).

HPR AUTOMOTIVE SUPERSTORE OF
SULLIVAN, L.L.C., a Limited Liability Company,
Defendant,

By: Lietz Banner Ford LLP, Its Attorneys

By:      /s/ Gary Lietz _____
   Gary Lietz (Bar No. 1659774)
   Lietz Banner Ford LLP
   1605 S. State Street, Ste. 103
   Champaign, IL 61820
   Telephone 217/353-4900
   Facsimile  217/353-4901
   Email: glietz@lbflaw.com