E-FILED
Thursday, 13 November, 2008  08:12:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| JENNIFER TOLLE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07-CV-2088 |
| ) | |
| HPR AUTOMOTIVE SUPERSTORE OF ) | |
| SULLIVAN, LLC, a limited liability company, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

A Report and Recommendation (#23) was filed by the Magistrate Judge in the above cause on October 9, 2008. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#23) is accepted by this court.

(2) The Rule 37 Motion to Dismiss (#15) filed by Defendant HPR Automotive Superstores of Sullivan, LLC, is GRANTED, and Plaintiff's complaint is dismissed with prejudice. The Rule 41 Motion to Dismiss (#16) is therefore denied as MOOT.

(3) Defense costs are to be assessed against Plaintiff in an amount to be determined by the Court.

(4) This case is terminated.

ENTERED this 13th day of November, 2008

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE